# IN THE SUPREME COURT OF TEXAS

## NO. 14-0279

FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY, Petitioner

V.

CRISTIL ROGERS, Respondent

## MANDATE

**To the Trial Court of Lamar County, Greetings:**

Before our Supreme Court on January 30, 2015, the Cause, upon petition for review, to revise or reverse your Judgment.

No. **14-0279** in the Supreme Court of Texas

No. **06-14-00002-CV** in the **Sixth** Court of Appeals

No. **82106** in the **County Court at Law** of **Lamar** County, Texas, was determined; and therein our said Supreme Court entered its judgment or order in these words:

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Sixth District, and having considered the appellate record and counsels' briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be affirmed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment dismissing this appeal for want of jurisdiction is affirmed;

2) Petitioner shall pay, and Respondent shall recover, the costs incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Sixth District and to the County Court of Law of Lamar County, Texas, for observance.

FILE COPY

**Wherefore we command you** to observe the order of our said Supreme Court in this behalf, and in all things to have recognized, obeyed, and executed.

BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS,

with the seal thereof annexed, at the City of Austin, this the 12th day of March, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk